## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| Trident Lakes Property Holdings LLC, | § | Case No. 18-41523-BR-7 |
| | § | |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to Bankruptcy Rule 9010(b), Patrick M. Lynch of

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C., hereby makes this notice

of appearance as attorney for Lucien Tujague, creditor and party in interest in the above-

referenced proceeding.

Please take further notice that Patrick M. Lynch of QUILLING, SELANDER,

LOWNDS, WINSLETT & MOSER, P.C., requests that all notices given or required to be given

in Case No. 18-41523-BR-7 be given to the following:

Patrick M. Lynch, Esq.
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

The foregoing request includes the notices and papers referred to in Rule 2002 of the

Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings,

motions, applications, demands, hearings, requests, disclosure statements, memoranda and briefs

in support of any of the foregoing and any other documents brought before this Court with

respect to Case No. 18-41523-BR-7, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Please take notice that Patrick M. Lynch and his law firm are not authorized agents to accept

service of process on behalf of Lucien Tujague, and nothing contained in this Notice of

Appearance shall be construed to imply the same.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS, WINSLETT &
MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)

By:__/s/ Patrick M. Lynch_____
      Patrick M. Lynch
      State Bar Number 24065655
      Email: plynch@qslwm.com

ATTORNEYS FOR MOVANT, LUCIEN
TUJAGUE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon

the parties listed below by First Class Mail, postage prepaid, or by electronic filing notification,

on the date of electronic filing hereof.

U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

Gerritt M. Pronske, Esq.
Pronske Goolsby & Kathman, P.C.
2701 Dallas Parkway, Suite 590
Plano, TX 75093

Michelle Chow, Trustee
6318 E. Lovers Lane
Dallas, TX 75214

__/s/ Patrick M. Lynch_____
Patrick M. Lynch